Case 1:20-mj-05438-JGD   Document 1   Filed 11/19/20   Page 1 of 1

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Lisa Marie Dower | ) | Case No. |
| | ) | 20-mj-5438-JGD |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Dec. 2014 through Aug. 2020  in the county of  Plymouth  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire fraud |

This criminal complaint is based on these facts:

See affidavit of FBI Special Agent Timothy J. Quinn

☑ Continued on the attached sheet.

*Complainant's signature*

Timothy J. Quinn, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/19/2020

*Judge's signature*

City and state: Boston, Massachusetts  Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*