UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
20-5438-JGD

UNITED STATES OF AMERICA

v.

Lisa Marie Dower

## ORDER PURSUANT TO
## FEDERAL RULE OF CRIMINAL PROCEDURE 5

November 20 , 2020

DEIN, U.S.M.J.

In compliance with the Due Process Protections Act, the Court issues the following Order. Consistent with *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, the United States is ordered to disclose all exculpatory information, in a timely manner, to the defendant. This information includes, but is not limited to, evidence that is material and is favorable to the accused. Specific categories of exculpatory evidence that must be provided to the defense are set out in Local Rule 116.2. The failure to discharge this obligation may result in consequences, including the reversal of any conviction, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court.

So Ordered.

                                                  / s / Judith Gail Dein
                                                  JUDITH GAIL DEIN
                                                  UNITED STATES MAGISTRATE JUDGE